Approved.
At Plaintiff's request,
the Complaint is dismissed
without prejudice.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MARK WARD, Individually and on Behalf of All Others Similarly Situated**

**PLAINTIFF**

vs.

**MIDLAND FOOD SERVICES, LLC**

**DEFENDANT**

Case No. 3:21-cv-1999-JZ

Judge Jack Zouhary

**STATUS REPORT**

COMES NOW Plaintiff Mark Ward ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorney Josh Sanford of Sanford Law Firm, PLLC, and pursuant to the Court's Order entered on March 15, offers the following Status Report:

1. Plaintiff filed his Original Complaint – Collective Action against Defendant Midland Food Services, LLC, on October 21, 2021. ECF No. 1.

2. Following the filing of his Complaint, Plaintiff served Midland Food Services, LLC, with a summons and copy of the Original Complaint on November 1, 2021. *See* ECF No. 4.

3. Defendant's deadline to answer or otherwise respond was November 22, 2021.

4. To date, Midland Food Services, LLC, has not answered or otherwise responded to Plaintiff's Complaint.

5. An investigation into the reason behind Defendant's nonappearance has revealed that Midland Food Services, LLC, is not the proper entity. The correct entity is Midland Food Services, Inc.

6. Further investigation has revealed that Midland Food Services, Inc., typically enters into arbitration agreements with their employees, which likely means that Plaintiff's claims against Midland Food Services, Inc., will be compelled to arbitration.

7. As such, Plaintiff does not seek to amend his Complaint against Midland Food Services, LLC, in order to substitute Midland Food Services, Inc., as the Defendant. Instead, Plaintiff respectfully requests that his Complaint against Midland Food Services, LLC, be dismissed without prejudice, and for any other relief that the Court deems just and proper.

Respectfully submitted,

**MARK WARD, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com